IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-03530

ACA INTERNATIONAL and FRESNO CREDIT BUREAU d/b/a CREDITORS BUREAU USA,

    Plaintiffs,

vs.

ADMINISTRATOR OF THE UNIFORM CONSUMER CREDIT CODE, MARTHA FULFORD, in her official capacity,

    Defendant.

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice, that Assistant Attorney Kevin J. Burns hereby enters his appearance on behalf of Administrator of the Uniform Consumer Credit Code, Martha Fulford in the above-entitled matter.

DATED this 17th day of November, 2025.

    PHILIP J. WEISER
    Attorney General, State of Colorado

    For the Attorney General:

    */s/ Kevin J. Burns*
    KEVIN J. BURNS, 44527*
    Senior Assistant Attorney General
    Consumer Credit Enforcement Unit
    Consumer Protection Section
    Ralph L. Carr Colorado Judicial Center
    1300 Broadway, 9th Floor
    Denver, CO 80203
    720-508-6000
    Kevin.Burns@coag.gov