**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-03530-RBJ

ACA INTERNATIONAL and FRESNO
CREDIT BUREAU,

        Plaintiffs,

v.

ADMINISTRATOR OF THE UNIFORM
CONSUMER CREDIT CODE, MARTHA
FULFORD, in her official capacity,

        Defendant.

**JOINT MOTION TO VACATE RESPONSE DEADLINE
AND ENTER SCHEDULING ORDER**

Plaintiffs ACA International and Fresno Credit Bureau, and Defendant Administrator of the Uniform Consumer Credit Code, by and through their respective counsel of record, submit this Joint Motion to Vacate Response Deadline and Enter Scheduling Order, and state as follows:

1. **Certificate of Compliance with D.C.COLO.LCivR 7.1(a):** In accordance with the requirements of D.C.COLO.LCivR 7.1(a), undersigned counsel certify that they have conferred in good faith regarding this motion and concur in the requested relief.

2. Plaintiffs filed their Complaint on November 5, 2025 and served Defendant on November 6, 2025.

3. Defendant has appeared in this case but has not yet responded to Plaintiffs' Complaint.

4. Pursuant to D.C.COLO.LCivR 7.1(a), the parties conferred to make reasonable,

good faith efforts to resolve any disputed matters. Following that meet and confer, Plaintiffs expressed their intent to file an amended complaint in lieu of Defendant filing a Rule 12(b) motion. Defendant consents to Plaintiffs' filing of an amended complaint.

5. Given that Plaintiffs intend to file an amended complaint, the parties respectfully request that the court vacate Defendant's December 19, 2025 response deadline and enter the following scheduling order. The parties respectfully request this scheduling order given the complexities presented in this case and the upcoming holidays:

   a. **Deadline for Plaintiffs to file the amended complaint**: January 9, 2026;

   b. **Deadline for Defendant to file a pleading or motion in response to the amended complaint**: February 9, 2026;

   c. If applicable, **deadline for Plaintiffs to file a response in opposition to a motion filed by Defendant**: March 11, 2026;

   d. If applicable, **deadline for Defendant to file a reply in support of the motion**: April 10, 2026.

6. The parties submit that good cause exists for the requested extension. The extension is not sought for purposes of delay, but to set a schedule that ensures the litigation proceeds in an efficient and organized manner.

- 3 -

DATED: December 12, 2025

| | |
|---|---|
| BROWNSTEIN HYATT FARBER SCHRECK, LLP<br><br>BY: *Sarah J. Auchterlonie*<br><br>Sarah J. Auchterlonie, Bar No. 50932<br>sauchterlonie@bhfs.com<br>Adam E. Lyons, Bar No. 61816<br>alyons@bhfs.com<br>Eric D. Walther, Bar No.61010<br>ewalther@bhfs.com<br>Courtney E. Bartkus, Bar No. 50193<br>cbartkus@bhfs.com<br><br>675 15th Street, Suite 2900<br>Denver, Colorado 80202<br>Phone: 303-223-1100<br>Fax: 303-223-1111<br><br>and<br><br>Leah C. Dempsey, DC Bar No. 1033593<br><br>600 Massachusetts Avenue, NW<br>Washington, D.C. 20001<br>Phone: 202-296-7353<br>Fax: 202-296-7009<br><br>*Attorneys for Plaintiffs* | PHILIP J. WEISER, ATTORNEY GENERAL<br><br>BY: */s/ Kevin James Burns*<br><br>Kevin James Burns<br>Colorado Attorney General's Office<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway<br>Denver, CO 80203<br>720-508-6000<br>Email: Kevin.Burns@coag.gov<br><br>Talia Boxerman Kraemer<br>Colorado Department of Law<br>1300 Broadway<br>Denver, CO 80203<br>646-342-9201<br>Email: talia.kraemer@coag.gov<br><br>*Attorneys for Defendant* |

- 4 -

## CERTIFICATE OF SERVICE

The parties hereby certify that on this 12th day of December 2025, a true and correct copy of the foregoing **JOINT MOTION TO VACATE RESPONSE DEADLINE AND ENTER SCHEDULING ORDER** was served via ECFS on the parties of record listed below::

Kevin James Burns
Colorado Attorney General's Office
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
720-508-6000
Email: Kevin.Burns@coag.gov

Talia Boxerman Kraemer
Colorado Department of Law
1300 Broadway
Denver, CO 80203
646-342-9201
Email: talia.kraemer@coag.gov

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Rachael L. Cotner*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Rachael L. Cotner, Paralegal