**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-03530-RBJ

ACA INTERNATIONAL and
FRESNOCREDIT BUREAU,

        Plaintiffs,

v.

ADMINISTRATOR OF THE UNIFORM CONSUMER CREDIT CODE, MARTHA
FULFORD, in her official capacity, ATTORNEY GENERAL OF COLORADO, PHILLIP
WEISER, in his official capacity,

        Defendants.

---

**JOINT MOTION TO ENTER SCHEDULING ORDER**

---

Plaintiffs ACA International and Fresno Credit Bureau (collectively, "Plaintiffs"), and

Defendants Martha Fulford, Administrator of the Uniform Consumer Credit Code and

Colorado Attorney General Philip J. Weiser (collectively, "Defendants") (Plaintiffs and

Defendants collectively "Parties"), by and through their respective counsel of record, submit

this Joint Motion to Enter Scheduling Order, and state as follows:

**Certificate of Compliance with D.C.COLO.LCivR 7.1(a):** In accordance with the

requirements of D.C.COLO.LCivR 7.1(a), undersigned counsel certify that they have

conferred in good faith regarding this motion and concur in the requested relief.

1. Plaintiffs filed their Second Amended Complaint on April 23, 2026. ECF No. 28.

- 1 -

2.      The Court granted the Parties their Joint Motion for Extension of Time and to Set Deadline to Respond to the Second Amended Complaint extending the deadline to respond to the Second Amended Complaint until May 26, 2026. ECF Nos. 30, 31.

3.      On May 22, 2026, Defendants filed a pre-motion letter pursuant to the Court's practice standards outlining the grounds for their proposed motion to dismiss the Second Amended Complaint, thereby staying their response deadline. ECF No. 33. Plaintiffs filed a responsive letter on May 29, 2026. ECF No. 34.

4.      On June 8, 2026, the Court entered a minute order authorizing Defendants to file the motion to dismiss the Second Amended Complaint. ECF No. 35.

5.      Two key members of Defendants' litigation team are currently out of the office on long-scheduled, prearranged travel, including one team member who is traveling internationally without access to a computer or the internet.

6.      Accordingly, the parties respectfully propose the following briefing schedule for Defendants' motion to dismiss the Second Amended Complaint.

   a. **Deadline for Defendants to file her motion to dismiss**: July 8, 2026;

   b. **Deadline for Plaintiffs to file a response in opposition to the motion filed by Defendants**: August 7, 2026;

   c. **Deadline for Defendants to file a reply in support of the motion**: August 28, 2026.

7.      The Parties submit that good cause exists for the requested schedule. The extension of the Parties' time to file their motion papers is not sought for purposes of delay, but to set a schedule that ensures the litigation proceeds in an efficient and organized manner.

The Parties have submitted this proposed schedule promptly after receiving notice of the Court's order allowing briefing on the motion to dismiss to proceed. Additionally, as described in Defendants' pre-motion letter, Defendants' motion will address both jurisdictional and constitutional issues, and thus the proposed schedule will provide the parties with adequate time to properly brief these complex issues.

DATED:  June 11,  2026

BROWNSTEIN HYATT FARBER
SCHRECK, LLP

BY:  *Sarah J. Auchterlonie*

Sarah J. Auchterlonie, Bar No. 50932
sauchterlonie@bhfs.com
Adam E. Lyons, Bar No. 61816
alyons@bhfs.com
Eric D. Walther, Bar No.61010
ewalther@bhfs.com
Courtney E. Bartkus, Bar No. 50193
cbartkus@bhfs.com

675 15th Street, Suite 2900
Denver, Colorado 80202
Phone: 303-223-1100
Fax: 303-223-1111

and

Leah C. Dempsey, DC Bar No. 1033593

600 Massachusetts Avenue, NW
Washington, D.C.  20001
Phone: 202-296-7353
Fax:  202-296-7009

*Attorneys for Plaintiffs*

PHILIP J. WEISER
ATTORNEY GENERAL

BY: */s/ Kevin James Burns*

Kevin James Burns
Colorado Attorney General's Office
1300 Broadway
Denver, CO 80203
720-508-6000
Email: Kevin.Burns@coag.gov

Talia Boxerman Kraemer
Colorado Attorney General's Office
1300 Broadway
Denver, CO 80203
720-508-6000
Email: talia.kraemer@coag.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

The Parties hereby certify that on this 11th day of June 2026, a true and correct copy of the foregoing **JOINT MOTION TO ENTER SCHEDULING ORDER** was served via ECF on the parties of record listed below:

Sarah J. Auchterlonie
sauchterlonie@bhfs.com
Adam E. Lyons
alyons@bhfs.com
Eric D. Walther
ewalther@bhfs.com
Courtney E. Bartkus
cbartkus@bhfs.com
675 15th Street, Suite 2900
Denver, Colorado 80202
Phone: 303-223-1100
Fax: 303-223-1111

And

Leah C. Dempsey
600 Massachusetts Avenue,
NW Washington, D.C. 20001
Phone: 202-296-7353
Fax: 202-296-7009

/s/ *Rick VanWie*
Rick VanWie, Paralegal

- 4 -